## CORPORATE DISCLOSURE STATEMENT

Plaintiff, Boston and Maine Corporation is a wholly-owned subsidiary of Guilford Transportation Industries, Inc. ("Guilford"). No public company owns ten percent (10%) or more of the stock of the Plaintiff or Guilford.

Dated: August 10, 2005

05 CA 11656    RCL

Respectfully submitted,

Katherine E. Potter
BBO# 651726
Iron Horse Park
North Billerica, MA 01862
(978) 663-1215
kpotter@guilfordrail.com

*Attorney for Plaintiff*
*Boston and Maine Corporation*