AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

BOSTON AND MAINE CORPORATION

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY

05 CA 11656   RCL

TO: (Name and address of defendant)

> Massachusetts Bay Transportation
> Authority
> 10 Park Plaza
> Boston, Massachusetts 02116

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Katherine E. Potter, Esq.
> Boston and Maine Corporation
> Iron Horse Park
> North Billerica, MA 01862
> (978) 663-1215

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

AUG 10 2005

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: August 24, 2005 |
| NAME OF SERVER (PRINT): Larry Hickey | TITLE: Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): By delivering attesed copies to John Belliveau, Mgr of Finance

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $27.00 | $61.44 | $88.14 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 24, 2005                    *[signature]*
                Date                              Signature of Server

                                                  21 George Street Lowell, Ma 01852
                                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure