# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BOSTON AND MAINE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MASSACHUSETTS BAY | ) | |
| TRANSPORTATION AUTHORITY, | ) | Case No. 05-11656 RCL |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b) of the Rules of this Court, plaintiff, Boston and Maine Corporation hereby moves for the admission pro hac vice of Eric L. Hirschhorn as its counsel for the within action. The certificate from Mr. Hirschhorn required by such Local Rule is annexed hereto. Pursuant to Rule 7.1(A)(2) of the Rules of this Court, Counsel for the defendant has advised that they do not object to this motion.

Respectfully submitted,

/s/Katherine E. Potter
Katherine E. Potter (BBO #651726)
Iron Horse Park
North Billerica MA 01862
978-663-1024

*Attorney for Plaintiff*
*Boston and Maine Corporation*

October 4, 2005

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BOSTON AND MAINE CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| -v.- | ) ) | Civil Action No. 05-11656 |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, | ) ) ) | |
| Defendants. | ) ) ) | |

## CERTIFICATE OF ERIC L. HIRSCHHORN
## PURSUANT TO LOCAL RULE 83.5.3(b)

Pursuant to Rule 83.5.3(b) of the Rules of this Court, Eric L. Hirschhorn certifies as follows:

1.  I make this certificate in support of my application to appear in the within action on behalf of the plaintiff Boston and Maine Corporation.

2.  I am a member of the bars of the State of New York, the District of Columbia, the United States Court of Appeals for the First Circuit, and various other federal trial and appellate courts.

3.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
Eric L. Hirschhorn

October 4, 2005

- 2 -