UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOSTON AND MAINE CORPORATION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, | ) ) ) | Case No. 05-11656 RCL |
| Defendant. | ) ) ) ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Katherine E. Potter respectfully requests leave of Court to withdraw as counsel for the Plaintiffs in this matter pursuant to Local Rule 83.5.2(c). Ms. Potter will leave the employ of the Plaintiffs as of October 7, 2005. Please note that Robert B. Culliford, Esq. will continue to represent the Plaintiffs.

Respectfully submitted,

/s/Katherine E. Potter
Katherine E. Potter
BBO#651726

Dated: October 4, 2005

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing documents were served on October 5, 2005 by electronic mail upon:

Robert B. Culliford, Esq.
Boston & Maine Corporation
Iron Horse Park
N. Billerica, MA 01862

rculliford@guilfordrail.com

John M. Stevens, Jr., Esq.
Alicia McDevitt, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

jstevens@foleyhoag.com
amcdevitt@foleyhoag.com

Dated: October 5, 2005

_____
Katherine E. Potter