UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON AND MAINE CORPORATION,<br><br>Plaintiff,<br><br>-v.-<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,<br><br>Defendants. | Civil Action No. 05-11656 |

**NOTICE OF APPEARANCE**

The Clerk is requested to enter my appearance in this action as counsel for the plaintiff, Boston and Maine Corporation, and to place my name on the list for electronic service. An order admitting me pro hac vice in this action was entered October 7, 2005.

_____
Eric L. Hirschhorn

October 10, 2005

DC:392442.1