## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON AND MAINE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v.- ) | Civil Action No. 05-11656-RCL |
| ) | |
| MASSACHUSETTS BAY TRANSPORTATION ) | |
| AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Plaintiff Boston and Maine Corporation, and its counsel herein, hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution such as those outlined in LR 16.4.

_____
Eric H. Lawler
Chief Financial Officer

_____
Robert B. Culliford (BBO# 638468)
Iron Horse Park
North Billerica, MA 01862
(978) 663-1029

B3116967.1