UNITED STATES DISTRICT COURT
FOR THE  DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.
BOSTON AND MAINE CORPORATION,    .
.
Plaintiff,    .
.
v.    .    CIVIL ACTION No. 05-11656-RCL
.
MASSACHUSETTS BAY    .
TRANSPORTATION AUTHORITY,    .
.
Defendant.    .
.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**JOINT MOTION FOR EXTENSION OF PHASE I DEADLINES**

Plaintiff Boston and Maine Corporation ("B&M") and Defendant Massachusetts Bay

Transportation Authority ("MBTA") (jointly the "Parties") hereby move to extend certain

deadlines in the schedule established by the Court.  Specifically, although the Parties have been

proceeding with discovery in good faith and have made reasonable progress, in order to properly

conclude Phase I discovery, including taking depositions of key witnesses, they require

additional time beyond the current March 31, 2005 deadline for fact discovery.

Thus, the Parties respectfully request that the Court set new dates for the close of

discovery, the filing of partial summary judgment motions, and the filing of oppositions and

replies to the same, as follows:

| | |
|---|---|
| Fact Discovery Completed | April 28, 2006 |
| Provide expert reports | April 12, 2006 |
| Expert discovery completed | April 28, 2006 |
| File Partial Summary Judgment Motions | June 2, 2006 |

File Oppositions to Same                          June 23, 2006

File Replies to Same (with leave of Court)        July 14, 2006.

The Parties note that setting new deadlines as indicated above will not interfere with the trial of

the action because this matter has been bifurcated and no dates have yet been set for either Phase

II discovery (liability and damages) or for trial.

                                          By their attorneys,


  /s/ Eric L. Hirschhorn                      /s/ Alicia Barton McDevitt
Eric L. Hirschhorn                         John M. Stevens (BBO #480140)
Susan A. MacIntyre                         Alicia Barton McDevitt (BBO #01082513)
Winston & Strawn LLP                       Foley Hoag LLP
1700 K Street, N.W.                        155 Seaport Boulevard
Washington, D.C. 20006                     Boston, MA 02210
(202) 282-5000                             (617) 832-1000
ehirschhorn@winston.com                    amcdevitt@foleyhoag.com
Attorneys for Plaintiff,                   Attorneys for Defendant
Boston & Maine Corporation                 Massachusetts Bay
                                           Transportation Authority

Dated:  March 23, 2006

                        CERTIFICATE OF SERVICE

       I hereby certify that a true and accurate copy of the above document, which was filed via

the Court's ECF system, will be sent electronically by the ECF system to the registered

participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent

to those indicated as non-registered participants on March 23, 2006.

                                         /s/ Alicia Barton McDevitt
                                       John M. Stevens (BBO #480140)
                                       Alicia Barton McDevitt (BBO #01082513)
                                       Foley Hoag LLP
                                       155 Seaport Boulevard
                                       Boston, MA 02210
                                       (617) 832-1000
                                       Attorneys for Defendant
                                       Massachusetts Bay
                                       Transportation Authority