UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON AND MAINE CORPORATION, | |
| Plaintiff, | |
| v. | CIVIL ACTION No. 05-11656-RCL |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, | |
| Defendant. | |

**MEMORANDUM OF DEFENDANT
MASSACHUSETTS BAY TRANSPORTATION AUTHORITY
IN SUPPORT OF JOINT MOTION TO EXTEND PHASE I DEADLINES**

Defendant Massachusetts Bay Transportation Authority (the "MBTA") submits this memorandum in support of the parties' joint motion to extend Phase I deadlines so as to permit adequate time for the orderly conclusion of fact discovery. Apparently because events pertinent to the matters at issue in Phase I occurred decades ago, the process of locating and reviewing old files to identify relevant documents has consumed more time than the parties anticipated. In that regard, the MBTA served a document request in time to allow an adequate period after the production of documents to conduct depositions and to determine whether there was any need for expert testimony. However, plaintiff Boston and Maine Corporation's document production was not completed until yesterday, less than ten days before the time set for the completion of fact discovery. The brief extension requested by the parties will allow the MBTA the time that

would have been available for depositions and determining whether there is a need for expert testimony had document production not been unexpectedly time consuming.

        Respectfully submitted,

        __/s/ Alicia Barton McDevitt_____
        John M. Stevens (BBO #480140)
        Alicia Barton McDevitt (BBO #01082513)
        Foley Hoag LLP
        155 Seaport Boulevard
        Boston, MA 02210
        (617) 832-1000
        amcdevitt@foleyhoag.com
        Attorneys for Defendant
        Massachusetts Bay
        Transportation Authority

Dated: March 23, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the above document, which was filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 23, 2006.

        __/s/ Alicia Barton McDevitt_____
        John M. Stevens (BBO #480140)
        Alicia Barton McDevitt (BBO #01082513)
        Foley Hoag LLP
        155 Seaport Boulevard
        Boston, MA 02210
        (617) 832-1000
        Attorneys for Defendant
        Massachusetts Bay
        Transportation Authority