UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------- x
BOSTON AND MAINE                         :
CORPORATION,                             :
                                         :
                Plaintiff,               :
                                         :
                                         :
       -v.-                              :   Civil Action No. 05-11656-RCL
                                         :
                                         :
MASSACHUSETTS BAY                        :
TRANSPORTATION AUTHORITY                 :
                                         :
                Defendant.               :
                                         :
---------------------------------------------------- x

## MOTION TO EXCEED PAGE LIMITS

     Plaintiff Boston and Maine Corporation ("B&M") requests leave of Court to exceed the twenty page limit on Plaintiff's Memorandum in Support of Motion for Partial Summary Judgment ("Plaintiff's Memorandum") set forth in Rule 7.1(b)(4) of the Local Rules of the United States District Court for the District of Massachusetts. This motion involves a large number of significant facts, which require additional space to be presented and discussed.

     Accordingly, B&M respectfully requests that the Court approve a page limit of thirty pages for Plaintiff's Memorandum.

Respectfully submitted,

WINSTON & STRAWN LLP

By: _____
Eric L. Hirschhorn
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
(202) 282-5000
Attorneys for Plaintiff,
Boston & Maine Corporation

Dated: May 25, 2006

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1

I hereby certify, pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts, that on May 25, 2006, my Co-Counsel Susan MacIntyre conferred with Alicia McDevitt, Counsel for the Massachusetts Bay Transportation Authority, in an attempt to resolve or narrow the issues addressed in this Motion.

By: _____
Eric L. Hirschhorn
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
(202) 282-5000
Attorney for Plaintiff,
Boston & Maine Corporation

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 25, 2006.

John M. Stevens
Alicia Barton McDevitt
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA  02210-2600
(617) 832-1000

                                                                    _____
                                                                      Eric L. Hirschhorn

DC:469372.1