UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
.....................................
                                     .
BOSTON AND MAINE CORPORATION,        .
                                     .
          Plaintiff,                 .
                                     .
     v.                              .   CIVIL ACTION No. 05-11656-RCL
                                     .
MASSACHUSETTS BAY                    .
TRANSPORTATION AUTHORITY,            .
                                     .
          Defendant.                 .
                                     .
.....................................
```

CERTIFICATE OF SERVICE

     I hereby certify that true and accurate copies of the following, which were filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 2, 2006:

1. Defendant Massachusetts Bay Transportation Authority's Motion For Partial Summary Judgment On The Issue Of Discharge In Bankruptcy;

2. Memorandum Of Law In Support Of Defendant Massachusetts Bay Transportation Authority's Motion For Partial Summary Judgment On The Issue of Discharge In Bankruptcy;

3. Concise Statement of Undisputed Material Facts In Support of Defendant Massachusetts Bay Transportation Authority's Motion for Partial Summary Judgment;

4. Affidavit of Alicia B. McDevitt In Support of Defendant Massachusetts Bay Transportation Authority's Motion For Partial Summary Judgment; and

5. this Certificate of Service.

- 2 -

/s/ Alicia Barton McDevitt
John M. Stevens (BBO #480140)
Alicia Barton McDevitt (BBO #655184)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
amcdevitt@foleyhoag.com
Attorneys for Defendant
Massachusetts Bay
Transportation Authority

June 2, 2006

B3211642.1