UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON AND MAINE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　-v.-<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-11656-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

EXHIBITS TO MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

EXHIBITS TO DECLARATIONS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

The original documents are maintained in the case file in the Clerk's Office.

June 2, 2006

Eric L. Hirschhorn
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
(202) 282-5000

Robert B. Culliford
Pan Am Systems, Inc
14 Aviation Avenue
Portsmouth, NH 03801
(603) 766-2002

Attorneys for Plaintiff,
Boston and Maine Corporation