# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (202) 282-5000 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON EC4N 8NH | FACSIMILE (202) 282-5100<br><br>www.winston.com | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE<br><br>101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |

June 2, 2006

Mr. Steve York
Docket Clerk
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

    Re: *Boston & Maine Corporation v. Massachusetts Bay Transportation Authority* (Civ. Action No. 05-11656-RCL)

Dear Mr. York:

  On behalf of Boston and Maine Corporation we are filing a copy of Plaintiff's Motion for Partial Summary Judgment in the above-captioned case, as well as the Statement of Material Facts, Memorandum, and Declarations supporting the Motion. On May 25, 2006, we filed a Motion to Exceed Page Limits with regard to the Memorandum in Support of the Motion for Partial Summary Judgment. The Motion to Exceed Page Limits has not yet been decided, and remains pending.

  Pursuant to a discussion with you, we are submitting the Memorandum in longer form with the understanding that if the Court denies the Motion to Exceed Page Limits, we will revise the Memorandum to the applicable page limit.

  Please feel free to contact us if you have any questions regarding the above.

                Sincerely,

                Eric L. Hirschhorn
                Attorney for Plaintiff,
                Boston & Maine Corporation

Cc: Honorable Reginald C. Lindsay

DC:470061.1