UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

BOSTON AND MAINE CORPORATION,

        Plaintiff,

-v.-

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY

        Defendant.

Civil Action No. 05-11656-RCL

---

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

EXHIBITS TO PLAINTIFF BOSTON & MAINE CORPORATION'S OPPOSITION TO DEFENDANT MASSACHUSETTS BAY TRANSPORTATION AUTHORITY'S CONCISE STATEMENT OF UNDISPUTED MATERIAL FACTS

EXHIBITS TO DECLARATIONS IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

      The original documents are maintained in the case file in the Clerk's Office.

June 23, 2006

                                        Eric L. Hirschhorn
                                        Winston & Strawn LLP
                                        1700 K Street, N.W.
                                        Washington, DC 20006
                                        (202) 282-5000

                                        Robert B. Culliford
                                        Pan Am Systems, Inc.
                                        14 Aviation Avenue
                                        Portsmouth, NH 03801
                                        (603) 766-2002

                                        Attorneys for Plaintiff,
                                        Boston & Maine Corporation