UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
.......................................
                                       .
BOSTON AND MAINE CORPORATION,          .
                                       .
            Plaintiff,                 .
                                       .
       v.                              .   CIVIL ACTION No. 05-11656-RCL
                                       .
MASSACHUSETTS BAY                      .
TRANSPORTATION AUTHORITY,              .
                                       .
            Defendant.                 .
                                       .
.......................................
```

CERTIFICATE OF SERVICE

I hereby certify that true and accurate copies of the following, which were filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 23, 2006:

1. Memorandum of Defendant Massachusetts Bay Transportation Authority In Opposition To Plaintiff's Motion For Partial Summary Judgment;

2. Massachusetts Bay Transportation Authority's Response To Plaintiff's Statement of Material Facts And Statement of Additional Relevant Facts;

3. Affidavit of Alicia B. McDevitt In Opposition To Plaintiff's Motion For Partial Summary Judgment; and

4. this Certificate of Service.

- 2 -

/s/ Alicia Barton McDevitt
John M. Stevens (BBO #480140)
Alicia Barton McDevitt (BBO #655184)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
amcdevitt@foleyhoag.com
Attorneys for Defendant
Massachusetts Bay
Transportation Authority

June 23, 2006