UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BOSTON AND MAINE CORPORATION )<br>)<br>Plaintiff, )<br>)<br>-v.- )<br>)<br>MASSACHUSETTS BAY )<br>TRANSPORTATION AUTHORITY )<br>)<br>Defendant. ) | Civil Action No. 05-11656-RCL<br>Judge Reginald C. Lindsay |

**DECLARATION OF ADELINE DELBENE**

                                        Eric L. Hirschhorn
                                        Winston & Strawn LLP
                                        1700 K Street N.W.
                                        Washington DC 20006
                                        Tel. 202-282-5706
                                        Fax 202-282-5100
                                        E-mail: ehirschhorn@winston.com

                                        Robert B. Culliford, BBO #638468
                                        Pease International Tradeport
                                        14 Aviation Avenue
                                        Manchester NH 03801
                                        Tel. 603-766-2002
                                        Fax 603-766-2094
                                        E-mail: rculliford@flypanam.com
                                        *Counsel for Plaintiff Boston and Maine*
                                        *Corporation*

July 14, 2006



COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS
DEPARTMENT OF ENVIRONMENTAL PROTECTION
NORTHEAST REGIONAL OFFICE
205B Lowell Street, Wilmington, MA 01887 • (978) 694-3200

MITT ROMNEY
Governor

KERRY HEALEY
Lieutenant Governor

STEPHEN R. PRITCHARD
Secretary

ROBERT W. GOLLEDGE, Jr.
Commissioner

June 22, 2006

**VIA EMAIL @ SmacIntyre@Winston.com**
**Original via 1st Class US Mail**

Susan MacIntyre, Esq.
Winston & Strawn LLP
1700 K Street, N.W
Washington, District of Columbia 20006-3817

Dear Ms. MacIntyre:

I, as Keeper of the Records for the Department of Environmental Protection's (MassDEP's) Northeast Regional Office, hereby certify and affirm that the attached records regarding various sites identified in your email request of June 21, 2006, a copy of which is attached as Attachment A are true and accurate copies of records maintained by the MassDEP.

Executed as a sealed instrument under the pains and penalties of perjury this twenty-second day of June, 2006

Adeline DelBene
Management Analyst III