UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON AND MAINE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br><br>Defendant. | CIVIL ACTION No. 05-11656-RCL |

**AFFIDAVIT OF ALICIA B. MCDEVITT IN SUPPORT OF DEFENDANT
MASSACHUSETTS BAY TRANSPORTATION AUTHORITY'S
<u>REPLY MEMORANDUM</u>**

I, Alicia B. McDevitt, depose and state as follows:

1. I am admitted to the bars of the Supreme Judicial Court of Massachusetts, the United States District Court for the District Court of Massachusetts and the United States Court of Appeals for the First Circuit. I am an associate in the law firm of Foley Hoag LLP and am counsel for Massachusetts Bay Transportation Authority ("MBTA").

2. In my role as counsel for the MBTA in the above-captioned lawsuit, I am familiar with the documents attached hereto.

3. Attached as Exhibit A is a true and accurate copy of excerpts of the deposition transcript transcribed at the March 29, 2006 deposition of Richard H. House ("House Dep.").

4. Attached as Exhibit B is a true and accurate copy of excerpts of the deposition transcript transcribed at the April 19, 2006 deposition of James R. Henneman ("Hennemann Dep.").

B3227764.1

- 2 -

5. Attached as Exhibit C is a true and accurate copy of excerpts of the deposition transcript transcribed at the March 28, 2006 deposition of Peter G. Wilson ("Wilson Dep.").

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Alicia B. McDevitt
Alicia B. McDevitt

Dated: July 14, 2006

B3227764.1                                - 2 -

1

                              Volume I
                              Pages 1 to 66
                              Exhibit One

         UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -x
                                :
BOSTON AND MAINE CORPORATION,   :
         Plaintiff,             :
                                :
     vs.                        :  Civil Action
                                :  No. 05-11656 RCL
MASSACHUSETTS BAY               :
TRANSPORTATION AUTHORITY,       :
         Defendant.             :
                                :
- - - - - - - - - - - - - - - -x

        DEPOSITION OF RICHARD H. HOUSE, a witness
called on behalf of the Plaintiff, taken pursuant to
the Federal Rules of Civil Procedure, before Linda
A. Walsh, Registered Professional Reporter and
Notary Public in and for the Commonwealth of
Massachusetts, at the Offices of Foley Hoag LLP, 155
Seaport Boulevard, Boston, Massachusetts, on
Wednesday, March 29, 2006, commencing at 10:51 a.m.

PRESENT:

   Winston & Strawn LLP
        (By Susan A. MacIntyre, Esq.,
        and Eric L. Hirschhorn, Esq.)
        1700 K Street, N.W., Washington, D.C.
        20006-3817, for the Plaintiff.

   Foley Hoag LLP
        (By Alicia Barton McDevitt, Esq.)
        Seaport World Trade Center West, 155
        Seaport Boulevard, Boston, MA 02210-2600,
        for the Defendant.


                    * * * * *


               DORIS O. WONG ASSOCIATES, INC.
                (617) 426-2432 ~ Fax (617) 482-7813

                                                                    40

1    A.   No.

2    Q.   Do you know of any other environmental
3    assessments or investigations that were conducted at
4    the BET from 1979 to 1983?

5         MS. McDEVITT:  Objection.

6    A.   No.

7    Q.   Were there individuals at MBTA who dealt
8    with permitting issues at the BET?

9    A.   I don't know.

10   Q.   Were there individuals at the T who had
11   contact with regulators regarding the BET?

12   A.   I don't know.

13   Q.   Do you recall the Coast Guard coming to the
14   office at the BET in July 1979?

15   A.   I can't say as I do, no.

16   Q.   Do you recall anyone from the Coast Guard
17   ever coming to the office of the BET?

18   A.   No.

19   Q.   Do you recall ever seeing anyone from the
20   Coast Guard on-site at the BET?

21   A.   No.

22   Q.   Did you ever hear about the Coast Guard
23   coming to BET?

24   A.   No, I don't believe so.  No.

41

1   Q. Did you witness any other state or federal
2 regulators coming to the BET?
3   A. Environmental regulators?
4   Q. Environmental.
5   A. No.
6   Q. Did you hear about any other environmental
7 regulators coming to the BET?
8   A. I don't believe so.
9   Q. Did you hear about any communications from
10 state or federal regulators regarding the BET?
11   A. This is all '79 to '83 now, right?
12   Q. Right.
13   A. No.
14   Q. Do you recall any fuel oil tanks at the
15 BET?
16   A. Yes.
17   Q. Do you recall a 1,000,000 gallon fuel oil
18 tank?
19   A. Yes.
20   Q. Can you mark on the map where that was
21 located?
22   A. That was near the Orange Line. That's the
23 100,000. There is 1,000,000 gallon tank.
24   Q. Well, you can mark the 100,000 gallon tank,

52

1    A.    No.

2    Q.    Do you recall a spill in the Millers River
3  in July 1979?

4    A.    No.

5    Q.    Do you recall a spill in the Millers River
6  in June 1982?

7    A.    No.

8    Q.    Do you have any knowledge regarding the T's
9  buyback of captured oil from the Boston and Maine?

10   A.    No.

11   Q.    Did you ever hear mention that there might
12 have to be an environmental cleanup at the BET?

13   A.    No.

14   Q.    What was the general ground condition at
15 the BET from 1979 to 1983?

16   A.    There was areas that were pretty saturated
17 with oil, fuel oil.

18   Q.    Did you ever observe pooled oil at the BET?

19        MS. McDEVITT:  Objection.

20   A.    I probably did.  I would say so.

21   Q.    And that was from 1979 to 1983?

22   A.    '83, yes.

23   Q.    Did you ever observe an oil sheen on water
24 or puddles at the BET from 1979 to 1983?

                                                          1

                              Volume I
                              Pages 1 to 64
                              Exhibits 1-3

                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -x
                                :
BOSTON AND MAINE CORPORATION,   :
          Plaintiff,            :
                                :
     vs.                        :    Civil Action No.
                                :    05-11656-RCL
MASSACHUSETTS BAY               :
TRANSPORTATION AUTHORITY,       :
          Defendant.            :
                                :
- - - - - - - - - - - - - - - -x

     DEPOSITION OF JAMES R. HENNEMAN, a witness called on behalf of the Defendant, taken pursuant to the Federal Rules of Civil Procedure, before Anne H. Bohan, Registered Diplomate Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Pan Am Railways, Iron Horse Park, High Street, North Billerica, Massachusetts, on Wednesday, April 19, 2006, commencing at 9:14 a.m.

PRESENT:

    Pan Am Systems (by Robert B. Culliford, Esq.)
        Senior Vice President and General Counsel,
        14 Aviation Avenue, Portsmouth, NH 03801,
        for the Plaintiff.

    Foley Hoag LLP
        (by Alicia Barton McDevitt, Esq.)
        Seaport World Trade Center West,
        155 Seaport Boulevard, Boston, MA
        02210-2600, for the Defendant.

                     * * * * *

1  purchase, and they wanted testing done on the
2  different ones, and so they were monitoring that so
3  we'd make our decision on which fuel system we were
4  going to buy.
5      Q.   Was this one particular meeting or a series
6  of meetings?
7      A.   A series of meetings.
8      Q.   Were these meetings held at the Boston
9  Engine Terminal?
10     A.   Yes.
11     Q.   Do you recall having meetings concerning
12 the one million gallon tank?
13     A.   Yes.
14     Q.   Do you recall who attended those meetings?
15     A.   Just the people I mentioned.  The only ones
16 I'm sure were there were Larry Boyd, Les Merrill,
17 George Covino and Walter Mark.  Richard Muehlke may
18 have been there, but I'm not real sure of that.
19     Q.   Was that one meeting or a series of
20 meetings?
21     A.   Many meetings, yes, a series of meetings.
22     Q.   Do you recall when those meetings were
23 taking place?
24     A.   Not really.

1  Q.  Did those meetings take place at the Boston
2  Engine Terminal?
3  A.  Yes.
4  Q.  Do you recall having meetings about other
5  environmental issues besides the one million gallon
6  tank or the fueling system?
7  A.  No, I don't.
8  Q.  Were you aware of other meetings concerning
9  environmental issues that you didn't personally
10 attend?
11 A.  Yes.
12 Q.  What were those?
13 A.  The Coast Guard would come up periodically
14 to talk about alleged spills from our area, and I'd
15 see them drive by, and I'd hear later that they came
16 for a meeting with George Covino, and I'm not sure
17 who else at that point.
18 Q.  You weren't personally involved in that at
19 all?
20 A.  No.
21 Q.  Do you recall what time period that was?
22 A.  Oh, it was pretty much the whole time I was
23 down there.  It would happen probably once every
24 three or four months.

1    Q.  Did you ever personally speak with anyone
2  from the Coast Guard?
3    A.  No.
4    Q.  Do you know if the MBTA was involved in
5  meetings with the Coast Guard?
6    A.  I didn't see them do it, no.
7    Q.  Were you aware of or did you hear of other
8  meetings concerning environmental issues other than
9  the ones we've talked about?
10   A.  No, I don't think so.
11   Q.  Going back to the one million gallon tank,
12 can you describe a little bit more what was
13 discussed at the meetings you referred to.
14   A.  We tried to determine if in fact we were
15 having leaks in the tank.  So we were comparing
16 data, our measurements versus the total of the
17 output from the meters on the output side.  Trying
18 to determine what we were going to do about it and
19 when.  So I guess that's really all the meetings
20 were about.
21   Q.  Was there discussion at these meetings
22 about the need to clean up soil that had been
23 contaminated as a result of a potential leak from
24 the tank?

1    A.    I don't recall that.

2    Q.    The conversation was more focused on
3  identifying whether a leak existed; is that correct?

4    A.    That's correct.

5    Q.    Is it fair to say, then, there was no
6  discussion about the consequences of the leak --
7  strike that question.  At those meetings did anyone
8  express concern about the effects of a leak from the
9  tank to the environment?

10   A.    Yes.

11   Q.    What was that discussion?

12   A.    We wanted to stop any leak, because we
13 don't want any more complaints from the Coast Guard,
14 we didn't want to be polluting the property.  So if
15 there was a leak, we needed to stop it.

16   Q.    Was the concern about the leak, then,
17 primarily that leaking oil was running through the
18 drainage system to the oil-water separator and into
19 the Miller's River?

20   A.    I doubt that was our only concern.

21   Q.    What were the other concerns, then?

22   A.    Well, if there was a leak, we were losing
23 product, it was costing us money, we were obviously
24 contaminating the environment.  And we didn't want

1  to do either, so we wanted to stop it.
2      Q.   Did anyone mention at the meeting any
3  concern from environmental regulators that the tank
4  -- strike that question.  Was there discussion at
5  these meetings concerning any involvement by
6  environmental regulators in the leaking tank issue?
7      A.   Not to my knowledge.
8      Q.   Going back to the conversations you said or
9  the meetings, rather, that you said you had about
10 the fueling system, can you describe what was
11 discussed at those meetings in a little more detail?
12     A.   Sure.  We needed a fueling system that
13 would shut off automatically when the tanks were
14 full versus the present system of waiting until it
15 come out the overflow to realize that it was full.
16 And we wanted one that would look to work the most
17 reliably.
18     Q.   Why did the system need to be changed?
19     A.   The system was manual before that, whereas
20 a laborer would hook a hose up to a locomotive, turn
21 on the fuel, and wait to see it come out an overflow
22 on the locomotive and then shut it off.  That's how
23 he knew it was full, it's the only way he knew it
24 was full.

49

1    Q.    Did the old system cause a problem?

2    A.    Yes.

3    Q.    What problem was that?

4    A.    Fuel was going on the ground.

5    Q.    Where was that at the site?

6    A.    Right outside our main offices, directly
7 across from my office.

8    Q.    At the meetings concerning the fueling
9 system, was there any discussion of the need to
10 clean up contaminated soil as a result of those
11 fueling spills?

12    A.    I don't recall that.

13    Q.    Was there discussion of any involvement
14 from environmental state or federal regulators in
15 the fueling spills?

16    A.    Not that I recall.

17    Q.    You said you saw the Coast Guard onsite
18 from time to time.

19    A.    Yes.

20    Q.    Did you ever see any other environmental
21 regulators on the site?

22    A.    Not that I recall.

23    Q.    No one from the state government, related
24 to the environmental department of the state

1

Volume I
Pages 1 to 63
Exhibits 1 and 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - -x
                                  :
BOSTON AND MAINE CORPORATION,     :
        Plaintiff,                :
                                  :
        vs.                       :  Civil Action
                                  :  No. 05-11656 RCL
MASSACHUSETTS BAY                 :
TRANSPORTATION AUTHORITY,         :
        Defendant.                :
                                  :
- - - - - - - - - - - - - - - - -x

    DEPOSITION OF PETER G. WILSON, a witness called on behalf of the Plaintiff, taken pursuant to the Federal Rules of Civil Procedure, before Linda A. Walsh, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Foley Hoag LLP, 155 Seaport Boulevard, Boston, Massachusetts, on Tuesday, March 28, 2006, commencing at 1:49 p.m.

PRESENT:

   Winston & Strawn LLP
       (By Eric L. Hirschhorn, Esq.,
       and Susan A. MacIntyre, Esq.)
       1700 K Street, N.W., Washington, D.C.
       20006-3817, for the Plaintiff.

   Foley Hoag LLP
       (By Alicia Barton McDevitt, Esq.)
       Seaport World Trade Center West, 155
       Seaport Boulevard, Boston, MA 02210-2600,
                   -and-
   Massachusetts Bay Transportation Authority Law
       Department (by Scott Darling, Esq.)
       Room 7760, 10 Park Plaza, Boston, MA
       02116, for the Defendant.

                  * * * * *

                                                                    36

1     A.   To the best of my knowledge it was fuel
2  oil, lubricants.
3     Q.   And do you know who conducted that
4  analysis?
5     A.   No.
6     Q.   I think I heard you say that the result of
7  the analysis was that the soil had to be removed or
8  some soil had to be removed?
9     A.   Well, the soil was removed to build this
10 structure (indicating).
11    Q.   And what year was that?
12    A.   '83-'84.
13         MR. HIRSCHHORN:  Off the record for a
14 moment.
15         (Discussion off the record)
16         MR. HIRSCHHORN:  Back on, if we may.
17 BY MR. HIRSCHHORN:
18    Q.   Did you ever have any discussions with
19 anybody from either the T or B&M about federal or
20 state environmental regulators?
21    A.   No.
22    Q.   Ever see Coast Guard people on the site at
23 BET?
24         MS. McDEVITT:  Objection.  During what time

                                                                37

1   period?
2              MR. HIRSCHHORN:  I'm sorry.
3       Q.    During the period 1979 to 1983.
4       A.    No.
5       Q.    Did you ever have any discussions during
6   this period '79 to '83 with anyone from B&M or the T
7   about communications from state or federal
8   environmental regulators regarding BET?
9       A.    No.
10      Q.    Do you recall there being any fuel tanks at
11  BET?
12      A.    Yes.
13      Q.    Was there a 1,000,000 gallon tank?
14      A.    Yes.
15      Q.    Do you know where it was located?
16      A.    Yes.
17      Q.    Please initial that.
18      A.    (Witness complies)
19      Q.    And that's near GZ-12; is that correct?
20      A.    Yes.
21      Q.    Do you know what B&M's practice was in
22  terms of how full that tank was kept?
23      A.    No.
24      Q.    Do you recall a 100,000 gallon fuel oil