UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

.......................................
.
BOSTON AND MAINE CORPORATION,  .
.
       Plaintiff,  .
.
    v.  .   CIVIL ACTION No. 05-11656-RCL
.
MASSACHUSETTS BAY  .
TRANSPORTATION AUTHORITY,  .
.
       Defendant.  .
.
.......................................

CERTIFICATE OF SERVICE

    I hereby certify that true and accurate copies of the following, which were filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 14, 2006:

    1.    Reply Memorandum Of Defendant Massachusetts Bay Transportation Authority In Support Of Its Motion For Partial Summary Judgment;

    2.    Affidavit of Alicia B. McDevitt In Support of Defendant Massachusetts Bay Transportation Authority's Reply Memorandum; and;

    3.    this Certificate of Service.

    /s/ Alicia Barton McDevitt
    John M. Stevens (BBO #480140)
    Alicia Barton McDevitt (BBO #655184)
    Foley Hoag LLP
    155 Seaport Boulevard
    Boston, MA 02210
    (617) 832-1000
    amcdevitt@foleyhoag.com
    Attorneys for Defendant
    Massachusetts Bay
    Transportation Authority

July 14, 2006