# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BOSTON AND MAINE CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v.- ) | Civil Action No. 05-11656-RCL |
| ) | Judge Reginald C. Lindsay |
| MASSACHUSETTS BAY ) | |
| TRANSPORTATION AUTHORITY ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF ADELINE DELBENE

Eric L. Hirschhorn
Winston & Strawn LLP
1700 K Street N.W.
Washington DC 20006
Tel. 202-282-5706
Fax 202-282-5100
E-mail: ehirschhorn@winston.com

Robert B. Culliford, BBO #638468
Pease International Tradeport
14 Aviation Avenue
Manchester NH 03801
Tel. 603-766-2002
Fax 603-766-2094
E-mail: rculliford@flypanam.com
*Counsel for Plaintiff Boston and Maine
Corporation*

July 14, 2006



COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS
DEPARTMENT OF ENVIRONMENTAL PROTECTION
NORTHEAST REGIONAL OFFICE
205B Lowell Street, Wilmington, MA 01887 • (978) 694-3200

**MITT ROMNEY**
Governor

**KERRY HEALEY**
Lieutenant Governor

STEPHEN R. PRITCHARD
Secretary

ROBERT W. GOLLEDGE, Jr.
Commissioner

June 22, 2006

**VIA EMAIL @ SmacIntyre@Winston.com**
**Original via 1ˢᵗ Class US Mail**

Susan MacIntyre, Esq.
Winston & Strawn LLP
1700 K Street, N.W
Washington, District of Columbia 20006-3817

Dear Ms. MacIntyre:

I, as Keeper of the Records for the Department of Environmental Protection's (MassDEP's) Northeast Regional Office, hereby certify and affirm that the attached records regarding various sites identified in your email request of June 21, 2006, a copy of which is attached as Attachment A are true and accurate copies of records maintained by the MassDEP.

Executed as a sealed instrument under the pains and penalties of perjury this twenty-second day of June, 2006

Adeline DelBene
Management Analyst III

This information is available in alternate format. Call Donald M. Gomes, ADA Coordinator at 617-556-1057. TDD Service 1-978-694-3492.

http://www.mass.gov/dep • Fax (978) 694-3499
♲ Printed on Recycled Paper

BM002710

# EXHIBIT 1



COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS
DEPARTMENT OF ENVIRONMENTAL PROTECTION
NORTHEAST REGIONAL OFFICE
205B Lowell Street, Wilmington, MA  01887 • (978) 694-3200

MITT ROMNEY
Governor

KERRY HEALEY
Lieutenant Governor

STEPHEN R. PRITCHARD
Secretary

ROBERT W. GOLLEDGE, Jr.
Commissioner

June 21, 2006

Sue MacIntyre, Esq.
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C.20006

Dear Ms. MacIntyre:

The Massachusetts Department of Environmental Protection ("MassDEP") is in receipt of your June 21, 2006 electronic mail request for documents.  As an attachment to your electronic mail you provided several pages from GZA Reports.  The GZA Reports reference MassDEP Spill Reports dating back prior to 1988.  MassDEP has reviewed its files and has complied below a summary of the information we have regarding the documents.  MassDEP has attached a "Keeper of the Records Affidavit" identifying these documents as true and authentic copies of our original files.

- **December 1980** – Cambridge, MA – MDC Prison Point Pumping Station
  15,000 gallons of No. 2 Oil and 1,000 gallons of No. 6 Oil
  The Oil Spill Reports are attached.

- **October 1981** – Charlestown, MA – Miller River
  20 gallons No. 6 Oil
  The Oil Spill Report is attached.

- **October 1981** – Yard No 5
  1100 gallon No. 2 fuel oil spill at the B & M Yard 5, Somerville MA
  The Oil Spill Log Sheet is attached.

- **December 1981** – Boston, MA – Boston & Maine RR, Miller River,
  10 – 50  gallons of No. 2 Fuel oil (note: you identified the release to be a 100 gallon release)
  The Oil Spill Report is attached.

- **June 1982** – Miller's River

This information is available in alternate format. Call Donald M. Gomes, ADA Coordinator at 617-556-1057. TDD Service 1-978-694-3492.

http://www.mass.gov/dep • Fax (978) 694-3499
♻ Printed on Recycled Paper

BM002708

300 to 500 gallon spill of No. 2 Fuel Oil
Based upon our extensive review of MassDEP files we have not located any record of this spill in the Oil Spill Log nor have not found an Oil Spill Report.

- **December 1983** – Somerville, MA – B & M Washington & Joy Street
  2000 gallons of diesel fuel
  The Oil Spill Report is attached.

- **June 2, 1984** – Boston, MA – B & M Yard
  Diesel/gasoline on the Charles River
  The Oil Spill Report is attached.

- **June 4, 1984** – Charlestown/Somerville/Cambridge Line – B & M
  >100 oil
  The Oil Spill Report is attached.

- **November 18, 1988** – Boston/Somerville – Amtrack
  60,000 gallons of diesel fuel
  Multiple Oil Spill Reports dated November 18, 1988 – December 21, 1988 are attached.

While searching the Oil Spill Logs for the information you specifically requested above, MassDEP noticed a number of other spills, from different dates, which may have impacted the area in and around the Boston Engine Terminal. We have provided these Oil Spill Logs for your review. If you want additional information, please feel free to make an appointment at the MassDEP Northeast Regional Office for file review.

Very truly yours,

*Maureen Vallatini*

Maureen Vallatini
Regional Counsel

BM002709

# EXHIBIT 2



DIVISION OF WATER POLLUTION CONTROL
EASTERN REGIONAL OFFICE
OIL SPILL REPORT

INLAND ___x___

COASTAL ___x___

DATE OF SPILL: __December 14, 1980__  TIME: _____ A.M. _____ P.M.

DATE REPORTED: __December 16, 1980__  TIME: _____ A.M. __1:15__ P.M.

LOCATION OF SPILL:  MUNICIPALITY __Cambridge__

EXACT ADDRESS OR LOCATION __M.D.C. - Prison Point Pumping Station__

SOURCE:

UNDERGROUND TANK _____  OIL/WATER SEPARATOR _____
ABOVEGROUND TANK _____  PIPELINE __x__
TANK TRUCK _____  SHIP OR BARGE _____
STORM DRAIN _____  SEWERAGE SYSTEM _____

OTHER (SPECIFY) __B & M Bud Yard__

QUANTITY SPILLED: __15,000 gallons_____ gals/bbls.

TYPE:  JET; KERO; GASOLINE - REGULAR, UNLEADED - FUEL OIL -②, 4, 5, 6; BUNKER

PERSON OR AGENCY REPORTING SPILL TO THIS OFFICE:

NAME __Jim Jones MDC_____  TITLE _(No knowledge of Source)_

ADDRESS __727-5288_____  PHONE _____

RESPONSIBLE PARTY:  NAME __B & M Railroad_____

ADDRESS _____

PERSON OR AGENT CONTACTED __Larry Boyd__  TITLE _____

ADDRESS (IF DIFFERENT FROM ABOVE) _____

PHONE NUMBER __667-8100_____

RESPONSIBILITY ACCEPTED BY: __Larry Boyd - B&M (Dec.22,1981 4:30 p.m.)__

NAME OF CLEANUP CONTRACTOR: __Coastal Service__

ENFORCEMENT ACTION NECESSARY: YES __x__    NO _____

IF YES EXPLAIN: _____

OTHER AGENCIES CONTACTED: __U.S.C.G., Jim McCann M.D.C 523-1583__

ADDITIONAL INFORMATION: __No notification on spill - thought all oil in oil separator, but__ __oil entered the MDC Prison Point Pumping Station.  Most oil held in separator.__

ENGINEER IN CHARGE OF INVESTIGATION: __William Cashins__

SAMPLES COLLECTED: YES __x__    NO ____    TYPE COLLECTED __by U.S.C.G.__

SAMPLES DELIVERED TO LAB: YES _____    NO _____

`TE SAMPLES DELIVERED _____

DATE OF FINAL INSPECTION: _____

BM002712

# EXHIBIT 3

| City/Town | Responsible Party Address/Location of Spill | Material Spilled Quantity/Reported | Quantity/Actual | Contractor/State Contractor/Private | Staff Person Case Status | Date: Spilled Reported | Spill ID Site ID |
|---|---|---|---|---|---|---|---|
| BOSTON | UNKNOWN CHANDLER ST | MISCELLANEOUS OIL NONE | NONE | NOT USED | ROBERSON, S UNK Closed | 12/23/88 | N88-2060 0000 |
| BOSTON | UNKNOWN CHARLES & FRUIT STS | OTHER MATERIAL 10-50 --> MEDICAL WASTE BAGS | | NOT USED | FONKEM, V NO Closed | 06/27/89 06/27/89 | N99-1067 0000 |
| BOSTON | B & M CHARLES & MILLER | #2 FUEL OIL | | | UNK Closed | 07/22/81 | 0000 |
| BOSTON | CHARLES RIVER | MISCELLANEOUS OIL | | COASTAL SERVICES | XNI UNK Closed | 03/21/84 | N84-0158 0000 |
| BOSTON | N/A CHARLES RIVER / ESPLANADE | OTHER MATERIAL 1-10 --> ONE BARREL 1-10 | | NOT USED | CHU, R NO Closed | 04/16/90 04/16/90 | N90-0549 0000 |
| BOSTON | CHARLES RIVER DAM | GASOLINE SHEEN | SHEEN | NOT USED | PENTA, E NO Closed | 07/24/89 07/24/89 | N89-1228 0000 |
| BOSTON | AMTRAK CHARLES RIVER LOCKS | GASOLINE 10-50 GALLONS | UNKNOWN GALLONS | CLEAN HARBORS CLEAN HARBORS | OTTENHEIMER, D NO Closed | 07/18/89 07/18/89 | N89-1194 0000 |
| BOSTON | CHARLES RIVER NEAR PENN CENTRA | SLICK | | PENTA | UNK Closed | 10/26/83 | N83-0348 0000 |
| BOSTON | ROSCO IDDING PAINT CO. CHARLES RIVER-SOLDIERS FIELD R | MISCELLANEOUS OIL SHEEN | | NOT USED | NCI / BESTER NO Closed | 03/21/85 | N85-0194 0000 |
| BOSTON | CHARLES RIVER/BY MDC POLICE | MISCELLANEOUS OIL 101-250 GALLONS | | NOT USED | GORBASI, M NO Closed | 01/03/90 01/03/90 | N90-0017 0000 |
| BOSTON | CHARLES RIVERBED BRIDGE | OTHER MATERIAL 1-10 --> BLACK OIL??? | | OTHER - UNSPECIFIED CRY ENV | FONKEM, V NO Pending | 11/06/92 | N92-1474 0000 |
| BOSTON | 1 CHARLES ST | OTHER MATERIAL 11-50 --> FREON 12 51-100 LBS | | NOT USED | OTHER NO Closed | 07/13/93 07/13/93 | N93-0947 0000 |
| BOSTON | 44-46 CHARLES ST | | | | BOYLE, T UNK Closed | | N93-0494 0000 |
| BOSTON | 243 CHARLES ST | HYDRAULIC FLUID 10-50 GALLONS | 10-50 GALLONS | NOT USED | BOYLE, T NO Closed | 09/17/90 09/17/90 | N90-1528 0000 |
| BOSTON | CHARLES ST/MARTHA RD/RT 93 | OTHER MATERIAL 11-50 CUBIC YDS --> CONTAMINATED SOIL CUBIC YDS | | NOT USED | FONKEM, V NO Closed | 01/23/91 | N91-0092 0000 |
| BOSTON | 10 CHARLESGATE EAST | #6 FUEL OIL UNKNOWN | | NOT USED | ARMSTRONG, V NO Closed | 04/04/91 04/08/91 | N91-0469 3-3863 |
| CHARLESTOWN | CHARLESTOWN LOCKS | MISCELLANEOUS OIL UNKNOWN | UNKNOWN | NOT USED | STEWART, B NO Closed | 11/03/92 11/03/92 | N92-1442 0000 |

# EXHIBIT 4

MA DEP NORTHEAST REGIONAL OFFICE SPILLS LIST UP TO _ 0/93

Page 15    02/14/94

| City/Town | Responsible Party Address/Location of Spill | Material Spilled Quantity/Reported | Quantity/Actual | Contractor/State Contractor/Private UST | Staff Person Case Status | Date: Spilled Reported | Spill ID Site ID |
|---|---|---|---|---|---|---|---|
| SOMERVILLE | 50 WEBSTER AVE | #2 FUEL OIL UNKNOWN ......... | UNKNOWN ......... | NOT USED | MACAFEE, K YES Closed | 01/21/93 01/21/93 | N93-0086 3-4446 |
| SOMERVILLE | 84-86 WEBSTER AVE | OTHER MATERIAL UNKNOWN DRUMS --> BURIED DRUMS ......... | ......... | OTHER - UNSPECIFIED BRESNAHAN, C NO Closed | | 06/18/93 | N93-0828 0000 |
| SOMERVILLE | ZENITH AUTO BODY 47 WEBSTER AVE. | WASTE OIL / ANTIFREEZE | | | CHU UNK Closed | 02/20/86 | N86-0114 0000 |
| SOMERVILLE | TOWN OF SOMERVILLE 561 WINDSOR ST | UNKNOWN NONE | NONE | NOT USED | JONSSON, I NO Closed | 10/14/87 | N87-1458 0000 |
| SOMERVILLE | CENTRAL DISPOSAL CO 30 WOODBINE AVE | MISCELLANEOUS OIL UNKNOWN GALLONS | UNKNOWN GALLONS | NOT USED | BOYLE, T NO Closed | 03/15/90 03/15/90 | N90-0342 0000 |
| SOMERVILLE | B.& M. YARD 5 | #2 FUEL OIL 1100 GAL | | PEABODY COASTAL | DORANT UNK Closed | 10/11/81 | 0000 |

BM002715

# EXHIBIT 5

5.

DIVISION OF WATER POLLUTION CONTROL
EASTERN REGIONAL OFFICE
OIL SPILL REPORT

INLAND ✓

COASTAL _____

DATE OF SPILL: _prior 10/19/81_ TIME: _____ A.M. _____ P.M.

DATE REPORTED: _10/19/81_ TIME: _____ A.M. _4:00 pm_ P.M.

LOCATION OF SPILL: MUNICIPALITY _Boston Charlestown_

EXACT ADDRESS OR LOCATION _Miller River_

SOURCE:

| | | | |
|---|---|---|---|
| UNDERGROUND TANK | _____ | OIL/WATER SEPARATOR | ✓ |
| ABOVEGROUND TANK | _____ | PIPELINE | _____ |
| TANK TRUCK | _____ | SHIP OR BARGE | _____ |
| STORM DRAIN | _____ | SEWERAGE SYSTEM | _____ |

OTHER (SPECIFY) _____

QUANTITY SPILLED: _Blk oil_ — _app. 20_ (gals)/bbls.

TYPE: JET; KERO; GASOLINE - REGULAR, UNLEADED - FUEL OIL - 2, 4, 5, (6) BUNKER

PERSON OR AGENCY REPORTING SPILL TO THIS OFFICE:

NAME _Lou Merrell — Boston_ TITLE _____

ADDRESS _B+M - Boston Eng._ PHONE _367-3497_

RESPONSIBLE PARTY: NAME _B+M_

ADDRESS _1 Yard 5 Somerville_

PERSON OR AGENT CONTACTED _Larry Boyd_ TITLE _Env. Eng._

ADDRESS (IF DIFFERENT FROM ABOVE) _____

PHONE NUMBER _____

RESPONSIBILITY ACCEPTED BY: _B+M_

NAME OF CLEANUP CONTRACTOR: _Carroll Son - Peabody (Clean Industry)_

ENFORCEMENT ACTION NECESSARY: YES _____ NO ✓

IF YES EXPLAIN: _____

OTHER AGENCIES CONTACTED: _____

ADDITIONAL INFORMATION: _possibly caused by Heavy Rain Last Night flooding_ _out Separation_

ENGINEER IN CHARGE OF INVESTIGATION: _WXC are phone Joe Drout_

SAMPLES COLLECTED: YES _____ NO ✓ TYPE COLLECTED _____

SAMPLES DELIVERED TO LAB: YES _____ NO ✓

TE SAMPLES DELIVERED _____

DATE OF FINAL INSPECTION: _____

BM002714

# EXHIBIT 6

MA DEP NORTHEAST REGIONAL OFFICE SPILLS LIST UP TO 09/30/93

Page  66     02/14/94

| City/Town | Responsible Party Address/Location of Spill | Material Spilled Quantity/Reported | Quantity/Actual | Contractor/State Contractor/Private | Staff Person UST Case Status | Date: Spilled Reported | Spill ID Site ID |
|---|---|---|---|---|---|---|---|
| BOSTON | 470 MERIDIAN ST. | GASOLINE UNKNOWN GALLONS | UNKNOWN GALLONS | NOT USED | OTTENHEIMER, D YES Closed | 04/03/90 04/03/90 | N90-0444 3-0700 |
| BOSTON | ROSS'S LAUNDRY 411 MERIDIAN ST. | MISCELLANEOUS OIL FUDGE | | PCT / CLEAN HARBOR | DUGGAN UNK Closed | 07/20/84 | N84-0458 0000 |
| BOSTON | AMBASSADOR / BRATTLE TAXI MERRIMAC ST. & NEW CROSSON ST. | GASOLINE 10 GAL | | CLEAN HARBORS | CHAPMAN UNK Closed | 10/27/85 | N85-0824 0000 |
| BOSTON | 101 MERRIMAC STREET | MISCELLANEOUS OIL UNKNOWN | UNKNOWN | NOT USED | BRADLEY, R YES Closed | 03/17/89 03/17/89 | N89-0375 0000 |
| BOSTON | H.N. GORIN ASSOCIATES 53-67 MERRIMACK ST | GASOLINE NONE | NONE | NOT USED | BRADLEY, R UNK Closed | 07/20/87 | N87-0967 3-1258 |
| BOSTON | KENTUCKY FRIED CHICKEN 6 MESHAKA ST. | COOKING OIL 20 GAL | | NOT USED HALEY & ALDRICH TO | DORANT UNK Closed | 06/30/81 | |
| BOSTON | HYDE PARK HIGH SCHOOL 655 METROPOLITAN AVE | #2 FUEL OIL UNKNOWN GALLONS | 1-10 GALLONS | NOT USED IN HOUSE | GORBALY, M NO Closed | 01/25/90 01/25/90 | N90-0119 0000 |
| BOSTON | BOSTON WHARF CO. 50 MIDWAY ST. | CHEMICALS DRUMS | | | GUANCIARIELLO UNK Closed | 04/30/83 | 0000 |
| BOSTON | 35 MILDRED AVE. | OTHER MATERIAL 1-10 DRUMS | 1-10 DRUMS | NOT USED | OTTENHEIMER, D NO Closed | 12/22/89 12/22/89 | N89-2088 0000 |
| BOSTON | 2 MILES OFF BOSTON HARBOR | #2 FUEL OIL UNKNOWN | ----- ? | NOT USED | CHU, R NO Closed | 04/26/93 04/26/93 | N93-0527 0000 |
| BOSTON | MILK ST 11-50 | OTHER MATERIAL CUBIC YDS | #6 OIL & SPEEDI DRI 11-50 CUBIC YDS | NOT USED NA | BOYLE, T NO Closed | 11/23/91 | N91-1668 0000 |
| BOSTON | CHRIS PAPAS 152-154 MILK ST. | GREEN DYE & FUDGE | | | CHU UNK Closed | 05/03/85 | N85-0343 0000 |
| BOSTON | BOSTON & MAINE MILLER | MISCELLANEOUS OIL 20 GAL | | PEABODY CLEAN INDUST | CASHINS / DORANT UNK Closed | 10/19/81 | 0000 |
| BOSTON ✳ | BOSTON & MAINE MILLER R. | #2 FUEL OIL 100 GAL | | PEABODY COASTAL | CASHINS UNK Closed | 12/16/81 | 0000 |
| BOSTON | NOT LISTED/MYSTERY MILLERS RIVER/BARRENS SANDGERA | MISCELLANEOUS OIL UNKNOWN | ---- | NOT USED | BRADLEY, R NO Closed | 07/07/89 07/07/89 | N89-1119 0000 |
| BOSTON | MILTON ST.&NEPONSET VALLEY | TRANSFORMER OIL 10-50 GALLONS | 10-50 GALLONS | NOT USED | STEWART, B NO Closed | 12/01/89 12/01/89 | N89-2013 0000 |

BM002716

# EXHIBIT 7

MA DEP NORTHEAST REGIONAL OFFICE SPILLS LIST UP TO 10/93

Page 11    02/14/94

| City/Town | Responsible Party Address/Location of Spill | Material Spilled Quantity/Reported | Quantity/Actual | Contractor/State Contractor/Private | Staff Person Case Status | Date: Spilled Reported | Spill ID Site ID |
|---|---|---|---|---|---|---|---|
| SOMERVILLE | MCGRATH/BROADWAY | UNKNOWN 10-50 GALLONS | 10-50 GALLONS | NOT USED | NDI, K UNK Closed | 08/05/87 08/05/87 | N87-1076 0000 |
| SOMERVILLE | MERIT OIL CO 709 MCGRATH/O'BRIEN HWY | GASOLINE UNKNOWN | | ZECCO | PENTA, E YES Closed | 06/16/87 | H87-0838 0000 |
| SOMERVILLE | MISTERY SPILL MDC CHLORINATION STATION | #4 FUEL OIL >100 GAL. | | COASTAL SERVICES | CASHINS UNK Closed | 01/28/77 | 0000 |
| SOMERVILLE | 5 MEACHEN RD | #4 FUEL OIL 10-50 GALLONS | 10-50 GALLONS | NOT USED | JONSSON, I YES Closed | 02/16/88 02/17/88 | H88-0219 0000 |
| SOMERVILLE | 30 MEMORIAL RD | ASBESTOS UNKNOWN | UNKNOWN | NOT USED | OTHER NO Closed | 02/13/91 02/14/91 | N91-0210 0000 |
| SOMERVILLE | 12 MONTGOMERY AVE | TRANSFORMER OIL LESS THAN 1 GALLONS | LESS THAN 1 GALLONS | NOT USED | BOYLE, T NO Closed | 07/22/91 07/22/91 | N91-0993 0000 |
| SOMERVILLE | MONTGOMERY/MELVIN | PAINT THINNER VAPORS | VAPORS | NOT USED | CASEY, M NO Closed | 05/29/92 05/29/92 | N92-0672 0000 |
| SOMERVILLE | MYSTIC AVE | DIESEL FUEL 101-250 GALLONS | 101-250 GALLONS | NOT USED | JONSSON, I NO Closed | 08/12/87 08/12/87 | H87-1123 0000 |
| SOMERVILLE | 55 MYSTIC AVE | OTHER MATERIAL UNKNOWN | WASTE OIL UNKNOWN | NOT USED | SAYERS, S YES Closed | 08/04/92 08/04/92 | N92-0983 0000 |
| SOMERVILLE | 712 MYSTIC AVE | WASTE OIL UNKNOWN | UNKNOWN | NOT USED | STEWART, B YES Closed | 06/27/89 06/27/89 | N89-1058 3-2760 |
| SOMERVILLE | MYSTIC AVE & NEW ST | OTHER MATERIAL | CONTAMINATED SOIL | NOT USED | ARMSTRONG, V NO Closed | 10/15/92 10/15/92 | N92-1334 3-2140 |
| SOMERVILLE | KHOA-VAN-NGUYEN MYSTIC AVE @ HOUSING PROJECT | WASTE OIL NONE | NONE | NOT USED DPW | MACAFEE, K UNK Closed | 09/23/88 09/23/88 | N88-1496 0000 |
| SOMERVILLE | B.& N. MYSTIC JUNCTION | #2 FUEL OIL 20 GAL | | PEABODY CLEAN INDUST | UNK Closed | 03/08/82 | 0000 |
| SOMERVILLE | CHARLES MELVIN NEAR AMELIA EARHART DRIVE 74 F | WASTE OIL 200 GAL. | | JET LINE | CASHINS UNK Closed | 07/02/79 | 0000 |
| SOMERVILLE | NEW RD/MYSTIC AVE | OTHER MATERIAL 1-10 GALLONS | BLACK PETROLEUM PRODUCT GALLONS | NOT USED | FONKEM, V NO Closed | 09/02/92 09/02/92 | N92-1117 0000 |
| SOMERVILLE | NO. UNION ST. MANHOLE #20510 | TRANSFORMER OIL | | JET LINE | DORANT UNK Closed | 10/07/81 | 0000 |
| SOMERVILLE | 15 NORTH UNION ST | #2 FUEL OIL UNKNOWN | UNKNOWN | NOT USED | FAGAN, J YES Closed | 05/18/92 05/18/92 | N92-0625 3-2453 |

BM002740

# EXHIBIT 8

MA DEP NORTHEAST REGIONAL OFFICE SPILLS LIST UP TO ___/30/93

Page 6    02/14/94

| City/Town | Responsible Party Address/Location of Spill | Material Spilled Quantity/Reported | Quantity/Actual | Contractor/State Contractor/Private | Staff Person UST | Case Status | Date: Spilled Reported | Spill ID Site ID |
|---|---|---|---|---|---|---|---|---|
| SOMERVILLE | 50 BROADWAY STREET | WASTE OIL NONE | NONE | NOT USED | MICHAUD, J NO | Closed | 09/06/88 | N88-1388 0000 |
| SOMERVILLE | BY ASSEMBLY SQUARE MALL | GASOLINE NONE | NONE | NOT USED | GORRASI, M YES | Closed | 01/12/89 | N89-0056 0000 |
| SOMERVILLE | 5 CAMERON ST | OTHER MATERIAL UNKNOWN --> VAPORS UNKNOWN | | CLEAN HARBORS | MICHAUD, J NO | Closed | 09/26/89 09/26/89 | N89-1552 0000 |
| SOMERVILLE | 2 CAPEN CT | GASOLINE UNKNOWN | | NOT USED | GORRASI, M YES | Closed | 02/28/91 03/01/91 | N91-0294 3-4164 |
| SOMERVILLE | B&M/MBTA 150 CAUSEWAY ST/OLD POWER HOUS | PCB OIL APPROX 1 GA | | CLEAN HARBORS | PENTA, E UNK | Closed | 10/21/86 | N86-1041 0000 |
| SOMERVILLE | BOSTON EDISON CENTRAL AVE. & VERNON ST. | TRANSFORMER OIL | | BOSTON EDISON | UNK | Closed | 09/17/84 | N84-0617 0000 |
| SOMERVILLE | 111 CENTRAL ST | DIESEL FUEL ......... CUBIC YDS | ......... CUBIC YDS | NOT USED | BRESNAHAN, C YES | Closed | 11/12/92 11/12/92 | N92-1495 3-4584 |
| SOMERVILLE | 111 CENTRAL ST | DIESEL FUEL UNKNOWN | .......... | NOT USED | SAYERS, S YES | Pending | 12/30/92 12/30/92 | N92-1706 0000 |
| SOMERVILLE | MYSTERY CHARLES RIVER @ B&M RR | MISCELLANEOUS OIL | UNKNOWN | N/A NDC ENVIR. POLIC | NOI, K UNK | Closed | 04/21/87 | N87-0531 0000 |
| SOMERVILLE | 100 CHARLESTOWN ST | DIESEL FUEL 1-10 GALLONS | ......... GALLONS | NOT USED | MACAFEE, K NO | Closed | 10/15/92 10/15/92 | N92-1326 0000 |
| SOMERVILLE | 26 CHESTNUT ST. | TRICHLORDETHYLENE | | NOT USED | FOXCEM, V NO | Closed | 02/03/88 | N88-0521 3-2312 |
| SOMERVILLE | 38-42 CLARENDON AVE | OTHER MATERIAL 1-10 DRUMS --> UNKNOWN 1-10 DRUMS | | NOT USED | BRESNAHAN, C NO | Closed | 04/30/92 04/30/92 | N92-0645 0000 |
| SOMERVILLE | CASH OIL CO/NR. BARRETTO 65 CLARENDON AVE | #2 FUEL OIL LEAK 30-40 GALS | | CLEAN HARBORS | PENTA, E UNK | Closed | 04/27/87 | N87-0560 0000 |
| SOMERVILLE | 61 CLYDE STREET | #6 FUEL OIL 501-1000 GALLONS | 501-1000 GALLONS | NOT USED | OTTENHEIMER, D NO | Closed | 05/16/88 | N88-0689 0000 |
| SOMERVILLE | MYSTERY COBBLE HILL ROAD | UNKNOWN NONE | NONE | NOT USED N/A | FOXCEM, V UNK | Closed | 09/29/88 09/29/88 | N88-1525 0000 |
| SOMERVILLE | WEST SOMERVILLE DENTAL ASSOC. 120 COLLEGE AVE | METHECULATE 1 QT. | | N/A | JOHNSON, I UNK | Closed | 04/29/87 | N87-0572 0000 |
| SOMERVILLE | 480 COLUMBIA RD | #2 FUEL OIL 101-250 GALLONS | 11-50 GALLONS | NOT USED | OTHER NO | Closed | 08/25/90 08/25/90 | N90-1413 0000 |

BM002738

**EXHIBIT 9**

MA DEP NORTHEAST REGIONAL OFFICE SPILLS LIST UP TO 09/30/93

Page    48

Date: 02/14/94

| City/Town | Responsible Party Address/Location of Spill | Material Spilled Quantity/Reported | Quantity/Actual | Contractor/State Contractor/Private | UST Staff Person | Case Status | Date: Spilled Reported | Spill ID Site ID |
|---|---|---|---|---|---|---|---|---|
| BOSTON | 9 GRANT STREET | GASOLINE UNKNOWN GALLONS | UNKNOWN GALLONS | NOT USED | BRADLEY, R | Closed | 01/10/90 01/10/90 | N90-0056 0000 |
| BOSTON | 23 GRANTLEY | OTHER MATERIAL UNKNOWN GALLONS | OIL, ANTIFREEZE, KEROSENE, G NOT USED ---> UNKNOWN GALLONS | | FONKEM, V NO | Closed | 04/06/90 04/06/90 | N90-0478 0000 |
| BOSTON | METAL PROPERTY OWNER GRAVEL YARD ACROSS BOSTON EDIS | MISCELLANEOUS OIL 20 GAL. | | CLEAN INDUSTRY, CLEAN | DUGGAN UNK | Closed | 06/27/85 | N85-0471 0000 |
| BOSTON | CLOROMETERS GRAY STREET, | UNKNOWN NONE | | NOT USED N/A | ROBERSON, S UNK | Closed | 11/30/88 11/30/88 | N88-1880 0000 |
| BOSTON | BMS CONSULTING/BIRKELAUSEN 380 GREEN STREET | UNKNOWN ——— | NONE | SOMERVILLE ENG. /21 | REFERRED TO S.A. UNK | Closed | 12/24/86 | N86-1324 0000 |
| BOSTON | 14-16 GREENBAUM ST | #2 FUEL OIL 251-500 GALLONS | 251-500 GALLONS | NOT USED | HOSNAY, G NO | Pending | 03/22/93 03/22/93 | N93-0310 0000 |
| BOSTON | COURT SQUARE PRESS 16 GREENBAUM ST. | UNKNOWN LIQUIDS 2 DRUM LIQU | | I.P.C. | NDI UNK | Closed | 05/18/86 | N86-0391 0000 |
| BOSTON | WHITTLE FUEL 19 GREENWICH PARK | #2 FUEL OIL 100 GALS | | CLEAN HARBORS | FONKEM, V UNK | Closed | 02/17/87 | N87-0189 0000 |
| BOSTON | BOSTON EDISON GREENWICH PARK | TRANSFORMER OIL 8 GAL. | | | DUGGAN | Closed | 02/24/83 | 0000 |
| BOSTON | BOSTON EDISON GREENWICH PLACE SOUTH END | HYDRAULIC FLUID 25 GAL. | | CLEAN HARBORS | GIORGIANTIELLO | Closed | 02/24/83 | 0000 |
| BOSTON | 6 GROVE STREET | GASOLINE 1-10 | | — | BOLSTER, H NO | Closed | 10/26/88 | N88-1692 0000 |
| BOSTON | JOSEPH BOTTI CO. GROVELAND ST. (REDK OF #14 & #1 | GREASE & HYDRAULIC OIL | | JET LINE | NDI UNK | Closed | 03/14/86 | N86-0167 0000 |
| BOSTON | HELEN TRANSPORT GUEST ST. | #4 FUEL OIL 10-50 GALLONS | 10-50 GALLONS | NOT USED ZECCO | CHU, R NO | Closed | 04/14/90 04/14/90 | N90-0548 0000 |
| BOSTON | BOSTON EDISON H STREET& EAST EIGHT/HOLE12308 | TRANSFORMER OIL UNKNOWN GALLONS | UNKNOWN GALLONS | NOT USED CLEAN HARBORS | FONKEM, V NO | Closed | 09/20/89 09/20/89 | N89-1584 0000 |
| BOSTON | 9 HAMILTON PLACE | UNKNOWN UNKNOWN GALLONS | UNK UNKNOWN GALLONS | NOT USED | STUGER, B NO | Closed | 10/11/90 10/11/90 | N90-1677 0000 |
| BOSTON | 83 HAMPDEN STREET | #2 FUEL OIL NONE | NONE | NOT USED | LEBLANC, M YES | Closed | 11/15/88 | N88-1795 3-2034 |
| BOSTON | 23 HANCOCK ST | #2 FUEL OIL UNKNOWN | NOT USED | | FONKEM, V NO | Closed | 02/26/91 02/26/91 | N91-0272 0000 |

BM002734