# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON EC4N 8NH

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

(202) 282-5000

FACSIMILE (202) 282-5100

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

July 14, 2006

Mr. Steve York
Docket Clerk
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:   *Boston & Maine Corporation v. Massachusetts Bay Transportation Authority* (Civ. Action No. 05-11656-RCL)

Dear Mr. York:

On behalf of Boston and Maine Corporation ("B&M") we are filing a copy of a Reply Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment in the above-captioned case, as well as copies of Plaintiff's Opposition to Defendant Massachusetts Bay Transportation Authority's ("MBTA") Statement of Additional Relevant Facts, and supporting materials. On June 29, 2006, B&M and MBTA filed a Joint Motion for Leave to File Reply Memoranda in Support of Cross Motions For Partial Summary Judgment. As of the present time, the Joint Motion has not yet been decided by the Court, and remains pending.

Accordingly, we are forwarding a copy of the Reply Memorandum pending the Court's decision on the Joint Motion. If the Court should deny or modify the Joint Motion, B&M will withdraw or revise its Reply Memorandum accordingly.

Please feel free to contact us if you have any questions regarding the above.

Sincerely,

/s/ Eric L. Hirschhorn
Eric L. Hirschhorn
Attorney for Plaintiff,
Boston & Maine Corporation

Cc:   Honorable Reginald C. Lindsay

DC:475214.1