UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

BOSTON AND MAINE
CORPORATION,

        Plaintiff,

    -v.-                                  Civil Action No. 05-11656-RCL

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY

        Defendant.

---

## ASSENTED TO MOTION TO RESCHEDULE
## ORAL ARGUMENT

By order entered July 27, 2006, this Court (Hon. Marianne B. Bowler, USMJ) has scheduled a hearing on the parties' cross motions for partial summary judgment for September 13, 2006. Counsel for the plaintiff, Boston and Maine Corporation ("B&M"), is scheduled to be out of the country that week and, with the assent of counsel for the defendant, Massachusetts Bay Transportation Authority ("MBTA"), hereby moves to reschedule the hearing.

    Given the travel schedules of the Court and counsel, counsel hereby propose jointly that the hearing be rescheduled for the week of October 23 or October 31 (except the afternoon of November 2, when counsel for B&M has a hearing scheduled in this Court before Judge Stearns).

Respectfully submitted,

WINSTON & STRAWN LLP

By: _____
Eric L. Hirschhorn
Winston & Strawn LLP
1700 K Street, N.W.
Washington DC  20006
202-282-5000
Attorneys for Plaintiff,
Boston & Maine Corporation

Robert B. Culliford (BBO#638468)
14 Aviation Avenue
Pease International Tradeport
Portsmouth NH  03801
603-766-2002
Counsel for Plaintiff,
Boston & Maine Corporation

Dated:  July 27, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 27, 2006.

John M. Stevens  
Alicia Barton McDevitt  
Foley Hoag LLP  
155 Seaport Blvd.  
Boston, MA  02210-2600  
(617) 832-1000

                                                                           Eric L. Hirschhorn