UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOSTON AND MAINE CORPORATION, | : | |
| Plaintiff, | : | |
| -v.- | : | Civil Action No. 1:05-CV-11656-RCL |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, | : | |
| Defendant. | : | |

**MOTION TO ADMIT SUSAN A. MACINTYRE
TO APPEAR IN THIS ACTION
PURSUANT TO LOCAL RULE 83.5.3(b)**

Pursuant to Rule 83.5.3(b) of the Rules of this Court, and upon the annexed certificate of Susan A. MacIntyre, the undersigned hereby moves for an order permitting her to appear and practice before this Court in this action.

Pursuant to Rule 7.1() of the Rules of this Court, counsel for plaintiff has consulted with counsel for defendant, and she does not object to this motion.

Respectfully submitted,

/s/ Robert B. Culliford
Robert B. Culliford
BBO #638468
Pan Am Systems, Inc.
14 Aviation Avenue
Portsmouth, NH 03801
603 766-2002

August 2, 2006.

## CERTIFICATE OF SERVICE

    I hereby certify that on August 2, 2006, true copies of the foregoing motion and certificate were electronically served upon each named defendant.

                                                  /s/ Robert B. Culliford
                                                  Robert B. Culliford

DC:469761.1

**DC:469761.1**