UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON AND MAINE CORPORATION, | : |
| Plaintiff, | : |
| -v.- | : Civil Action No. 1:05-CV-11656-RCL |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, | : |
| Defendant. | : |

CERTIFICATE OF SUSAN A. MACINTYRE
PURSUANT TO LOCAL RULE 83.5.3(b)

Pursuant to Rule 83.5.3(b) of the Rules of this Court, Susan A. MacIntyre certifies as follows:

1. I make this certificate in support of my application to appear in the within action on behalf of the Plaintiff, Boston and Maine Corporation.

2. I am a member of the bars of the State of Massachusetts and the District of Columbia, and the United States Court of Appeals for the Fourth and the D.C. Circuit.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
Susan A. MacIntyre

Aug. 1, 2006

DC:469754.1

- 2 -

DC:469754.1