UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
.......................................
                                       .
BOSTON AND MAINE CORPORATION,          .
                                       .
            Plaintiff,                 .
                                       .
     v.                                .    CIVIL ACTION No. 05-11656-RCL
                                       .
MASSACHUSETTS BAY                      .
TRANSPORTATION AUTHORITY,              .
                                       .
            Defendant.                 .
                                       .
.......................................
```

**ASSENTED TO MOTION
<u>TO ADVANCE TIME FOR HEARING</u>**

Defendant Massachusetts Bay Transportation Authority (the "MBTA") moves to advance the time set for the hearing of the parties cross-motions for partial summary judgment from 2 p.m. on September 6, 2006 to 10 a.m. on that date.  As grounds therefore, the MBTA states that its counsel is engaged in the afternoon on a preliminary injunction hearing in <u>Allen et al. v. National Institutes of Health et al.</u>, C.A. No. 06-10877-PBS.  Plaintiff Boston and Maine Corporation assents to the motion.

By its attorneys,

<u>/s/ John M. Stevens          </u>
John M. Stevens (BBO #480140)
Alicia Barton McDevitt (BBO #655184)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts   02210
(617) 832-1000

B3248093.1

- 2 -

## CERTIFICATION PURSUANT TO LOCAL RULE 7(A)(2)

    I, John M. Stevens, hereby certify that I conferred in good faith with counsel for the plaintiff to narrow or resolve the issues raised in the motion, and counsel assented to the motion.

                                    /s/ John M. Stevens

Dated: August 30, 2006