UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

.....................................
                                              .
BOSTON AND MAINE CORPORATION,    .
                                              .
       Plaintiff,                        .
                                              .
       v.                                  .  CIVIL ACTION No. 05-11656-RCL
                                              .
MASSACHUSETTS BAY                 .
TRANSPORTATION AUTHORITY,         .
                                              .
       Defendant.                        .
                                              .
.....................................

## NOTICE OF WITHDRAWAL OF APPEARANCE: ALICIA BARTON MCDEVITT

  I, Alicia Barton McDevitt, hereby notify the Court that I have withdrawn as counsel for the Defendant Massachusetts Bay Transportation Authority (the "MBTA"), in the above-captioned matter. The appearance of attorney John M. Stevens of this firm, however, is not withdrawn and he remains as counsel for the Defendant MBTA

            Respectfully submitted,

            /s/ Alicia Barton McDevitt
            Alicia Barton McDevitt (BBO No. 655184)
            Foley Hoag LLP
            155 Seaport Boulevard
            Boston, Massachusetts 02210
            (617) 832-1000
            amcdevit@foleyhoag.com

DATED: April 13, 2007

B3342823.1

- 2 -

CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the above document, which was filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 13, 2007.

      /s/ Alicia Barton McDevitt
John M. Stevens (BBO #480140)
Alicia Barton McDevitt (BBO #655184)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 832-1000
Attorneys for Defendant
  Massachusetts Bay Transportation Authority

Dated:  April 13, 2007