UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON AND MAINE CORPORATION, )<br>        Plaintiff,       )<br>                                     )<br>      v.                            )<br>                                     )<br>MASSACHUSETTS BAY            )<br>TRANSPORTATION AUTHORITY,  )<br>                                   )<br>        Defendant         )<br>                                   ) | Civil Action No.: 05-11656-RCL |

**NOTICE OF CHANGE OF ADDRESS**

      Please enter my change of address as attorney for the Defendants, Springfield Terminal Railway Company and Boston and Maine Corporation, in the above-entitled action effective July 7, 2008.

      Robert B. Culliford
      Law Department
      Pan Am Systems, Inc.
      400 Amherst Street, Suite 405
      Nashua, NH 03063
      Tel: (603) 816-0042
      Fax: (603) 816-0043
      rculliford@flypanam.com

                                    /s/ Robert B. Culliford
                                    Robert B. Culliford (BBO # 638468)
                                    Pan Am Systems, Inc.
                                    400 Amherst Street, Suite 405
                                    Nashua, NH 03063
                                    Tel: (603) 816-0042

                                    *Counsel for the Defendants*
                                    *Springfield Terminal Railway Company and*
                                    *Boston and Maine Corporation*